UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                                :

RALPH BRANNON,
                                                :

                Plaintiff,            **ORDER**

      -against-              09 Civ. 4335 (LTS)(MHD)

THE DEPARTMENT OF HOUSING,
PRESERVATION AND DEVELOPMENT OF
THE CITY OF NEW YORK and
ELIZABETH BOLDEN,

                Defendants.
------------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby ORDERED that a conference has been scheduled in the above-captioned action for **DECEMBER 4, 2009, at 2:00 PM**, at which time you are directed to appear in Courtroom 6A, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED: New York, New York
       November 5, 2009

        SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


A copy of the foregoing Order has been sent this date to:

Mr. Ralph Brannon
111-113 West 137th Street
Apt.# 2A
New York, NY 10030

Devor Deland Perry, Esq.
New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007